Steven R. Blackburn, State Bar No. 154797
Matthew A. Goodin, State Bar No. 169674
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone: 415.398.3500
Facsimile: 415.398.0955
sblackburn@ebglaw.com
mgoodin@ebglaw.com

Attorneys for Defendant,
USPROTECT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KONSTANTINOS MOSHOGIANNIS,<br><br>Plaintiff,<br><br>v.<br><br>USPROTECT CORPORATION,<br><br>Defendant. | CASE NO. C-07-5128 CRB<br><br>**NOTICE OF RELATED CASE**<br>**[Civil Local Rule 3-12]** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT

PLEASE TAKE NOTICE that Defendant USProtect Corporation hereby notifies the Court of a "related case" pursuant to Local Rule 3-12:

Defendant directs the Court's attention to a related proposed class-action case pending in this District involving the same defendant and nearly identical claims: *Swanson v. USProtect Corporation,* Northern District of California, San Jose Division, Case No. C-05-602-JF. That case asserts five causes of action: (1) unpaid wages and missed meal/rest periods; (2) failure to pay overtime, California Labor Code section 1194; (3) unjust enrichment; (4) violation of California Labor Code, section 2699 penalties, and (5) violation of unfair competition law, California Business and Professions Code section 17200, et seq. The case proposes a class including "all persons who currently are or ever have been employed by USProtect in California pursuant to a government contract at any time on or after August 17, 2000."

Plaintiff's Complaint in this case contains seven causes of action: (1) failure to pay overtime, California Labor Code §§ 510 and 1194; (2) continuing wages, California Labor Code § 203; (3) failure to provide accurate pay stubs, California Labor Code § 226; (4) failure to provide rest and meal breaks, California Labor Code § 226.7; (5) unfair business practices, California Business and Professions Code § 17200 *et seq.*; (6) failure to pay minimum wage, 29 U.S.C. § 206; (7) failure to pay overtime, 29 U.S.C. § 207. Plaintiff herein proposes a class consisting of "all natural persons who were tendered paychecks by Defendant in the United States during the period beginning four years prior to the filing of this Complaint. Complaint, ¶ 21.

The central allegations in both cases, therefore, involve alleged failure to pay overtime and alleged failure to provide meal and rest breaks. In addition, the proposed class in the instant matter comprises all or substantially all of the putative class members in the *Swanson* matter.

DATED: October 16, 2007                    EPSTEIN BECKER & GREEN, P.C.


By: /s/ Matthew A. Goodin
Steven R. Blackburn
Matthew A. Goodin
USPROTECT CORPORATION
Attorneys for Defendant