Alan Harris (SBN 146079)
Abigail Treanor (SBN 228610)
HARRIS & RUBLE
5455 Wilshire Boulevard, Suite 1800
Los Angeles, CA 90036
Tel: 323.931.3777
Fax: 323.931.3366
E-mail: law@harrisandruble.com;
atreanor@harrisandruble.com

Arthur L. Shingler, III (SBN 181719)
SCOTT + SCOTT, LLC
600 B Street, Suite 1500
San Diego, CA 92101
Tel: 619.233.4565
Fax: 619.233.0508
E-mail: ashingler@scott-scott.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| KONSTANTINOS MOSHOGIANNIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>USPROTECT CORPORATION, and DOE ONE through and including DOE ONE-HUNDRED,<br><br>Defendants. | Case No:  C 07-5128 JF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE. FILING OF FIRST AMENDED COMPLAINT**<br><br>*Assigned to the Honorable Jeremy Fogel*<br><br>Date Case Removed: 10/5/07<br>Trial Date: None set |

Plaintiff Konstatinos Moshogiannis and Defendant USProtect Corporation Stipulate that Plaintiff may file the First Amended Complaint ("FAC") attached hereto as Exhibit 1, which FAC adds a claim for relief under California Labor Code section 2699 *et seq*.

By stipulating to this amendment, Defendant in no way agrees to, and instead expressly reserves the right to challenge by any and all available procedural means, the validity or sufficiency of each and every allegation contained in the FAC.

DATED: November 2, 2007          HARRIS & RUBLE

                                                                    /s/ Alan Harris
                                            Alan Harris
                                            Abigail Treanor
                                            *Attorneys for Plaintiff*

DATED: November 2, 2007          EPSTEIN BECKER & GREEN, P.C.

                                                   /s/ Matthew A. Goodin
                                            Steven R. Blackburn
                                            Matthew A. Goodin
                                            *Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.**

Dated:_____          _____
                                                               The Honorable Jeremy Fogel
                                                               United States District Judge
                                                               Northern District of California

## **PROOF OF SERVICE**

I am an attorney for Plaintiff herein, over the age of eighteen years, and not a party to the within action. My business address is Harris & Ruble, 5455 Wilshire Boulevard, Suite 1800, Los Angeles, California 90036. On November 7, 2007, I served the within documents: **JOINT STIPULATION AND [PROPOSED] ORDER RE. FILING OF FIRST AMENDED COMPLAINT**

I served the above document(s) via United States District Court Electronic Filing Service as set for the below:

Steven R. Blackburn
Matthew A. Goodin
Epstein Becker & Green, P.C.
One California Street, 26th Floor
San Francisco, CA 94111-5427

I declare under penalty of perjury that the above is true and correct. Executed on November 7, 2007, at Los Angeles, California.

Abigail Treanor