**USPROTECT CORPORATION**  
801 ROEDER ROAD  
SUITE 1000  
SILVER SPRING, MD 20910  



**VOUCHER DATE** 9/14/06   **VOUCHER NO.** 172315

**DEPOSIT**

## THIS IS NOT A CHECK

KONSTANTINOS N MOSHOGIANNIS

Bank T/R #     Bank Account     Deposit Amount  Description
                                $945.10         Checking

6002MOSHOGIANNISKONSTANTINOS

## VOUCHER - NON NEGOTIABLE

| Employee file # | Employer Name KONSTANTINOS N MOSHOGIANNIS | | | | Voucher No. 172315 | Company Name & Address USPROTECT CORPORATION |
|---|---|---|---|---|---|---|
| Co.# USP801 | Div. # SANFRAN | Dept.# 6002 | Clock # | Soc. Sec. # | | 801 ROEDER ROAD SUITE 1000 |
| Period Start 8/21/06 | Period Ending 9/3/06 | Check Date 9/14/06 | FW= $0 ST= $0 | | | SILVER SPRING, MD 20910 |

| EARNINGS | | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | YTD | DESCRIPTION | AMOUNT | YTD | DESCRIPTION | AMOUNT | YTD |
| REGULAR | 60.00 | 20.60 | $1,236.00 | $26,584.30 | SSEC | $77.00 | $1,872.52 | | | |
| OVERTIME | | | | $185.40 | MEDI | $18.01 | $437.93 | | | |
| BEREAVEMNT | | | | $494.40 | FWT | $157.08 | $4,639.34 | | | |
| HOLIDAY | | | | $659.20 | SWTCA | $34.87 | $1,143.03 | | | |
| JURY DUTY | | | | $164.80 | EESDICA | $9.94 | $241.62 | | | |
| REOCCTRAIN | | | | $824.00 | | | | | | |
| UMA | 60.00 | 0.10 | $6.00 | $129.05 | | | | | | |
| VACHRS | | | | $1,160.80 | | | | | | |
| MEMO: | | | | | | | | | | |
| 401KCONTRB | 1.00 | 136.80 | $136.80 | $2,942.34 | | | | | | |
| H&W | 60.00 | 2.28 | $136.80 | $2,942.34 | | | | | | |

| **EARNINGS** | **$1,242.00** | **TAXES** | **$296.90** | **DEDUCTIONS** | **$0.00** | **NET PAY** | **$945.10** |

| | | | | Hours | | | Rate | | |
|---|---|---|---|---|---|---|---|---|---|
| CUSTOMER | LOCATION | DATE | TOUR | REGULAR | O.T. | HOLIDAY | REGULAR | O.T. | HOLIDAY |
| US P  US PROTEC | US PROTECT | 8/23/06 | 6:30 - 13:30 | 7.00 | 0.00 | 0.00 | 20.60 | 30.90 | 20.60 |
| US P  US PROTEC | US PROTECT | 8/23/06 | 15:00 - 18:00 | 3.00 | 0.00 | 0.00 | 20.60 | 30.90 | 20.60 |
| US P  US PROTEC | US PROTECT | 8/24/06 | 6:30 - 13:30 | 7.00 | 0.00 | 0.00 | 20.60 | 30.90 | 20.60 |
| US P  US PROTEC | US PROTECT | 8/24/06 | 15:00 - 18:00 | 3.00 | 0.00 | 0.00 | 20.60 | 30.90 | 20.60 |
| US P  US PROTEC | US PROTECT | 8/28/06 | 6:30 - 13:30 | 7.00 | 0.00 | 0.00 | 20.60 | 30.90 | 20.60 |
| US P  US PROTEC | US PROTECT | 8/28/06 | 15:00 - 18:00 | 3.00 | 0.00 | 0.00 | 20.60 | 30.90 | 20.60 |
| US P  US PROTEC | US PROTECT | 8/29/06 | 6:30 - 13:30 | 7.00 | 0.00 | 0.00 | 20.60 | 30.90 | 20.60 |
| US P  US PROTEC | US PROTECT | 8/29/06 | 15:00 - 18:00 | 3.00 | 0.00 | 0.00 | 20.60 | 30.90 | 20.60 |
| US P  US PROTEC | US PROTECT | 8/30/06 | 6:30 - 13:30 | 7.00 | 0.00 | 0.00 | 20.60 | 30.90 | 20.60 |
| US P  US PROTEC | US PROTECT | 8/30/06 | 15:00 - 18:00 | 3.00 | 0.00 | 0.00 | 20.60 | 30.90 | 20.60 |
| US P  US PROTEC | US PROTECT | 8/31/06 | 6:30 - 13:30 | 7.00 | 0.00 | 0.00 | 20.60 | 30.90 | 20.60 |
| US P  US PROTEC | US PROTECT | 8/31/06 | 15:00 - 18:00 | 3.00 | 0.00 | 0.00 | 20.60 | 30.90 | 20.60 |

Exhibit 1

9/7/2006    4:34:05PM    0002250001510000139  
30517