Alan Harris (SBN 146079)
Abigail Treanor (SBN 228610)
HARRIS & RUBLE
5455 Wilshire Boulevard, Suite 1800
Los Angeles, CA 90036
Tel: 323.931.3777
Fax: 323.931.3366
E-mail: law@harrisandruble.com;
atreanor@harrisandruble.com

Arthur L. Shingler, III (SBN 181719)
SCOTT + SCOTT, LLC
600 B Street, Suite 1500
San Diego, CA 92101
Tel: 619.233.4565
Fax: 619.233.0508
E-mail: ashingler@scott-scott.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| KONSTANTINOS MOSHOGIANNIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>USPROTECT CORPORATION, and DOE ONE through and including DOE ONE-HUNDRED,<br><br>Defendants. | Case No: C 07-5128 JF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE. FILING OF FIRST AMENDED COMPLAINT**<br><br>*Assigned to the Honorable Jeremy Fogel*<br><br>Date Case Removed: 10/5/07<br>Trial Date: None set |

1  Plaintiff Konstatinos Moshogiannis and Defendant USProtect Corporation
2  Stipulate that Plaintiff may file the First Amended Complaint ("FAC") attached hereto as
3  Exhibit 1, which FAC adds a claim for relief under California Labor Code section 2699 *et*
4  *seq*.
5  By stipulating to this amendment, Defendant in no way agrees to, and instead
6  expressly reserves the right to challenge by any and all available procedural means, the
7  validity or sufficiency of each and every allegation contained in the FAC.

DATED:   November 2, 2007        HARRIS & RUBLE

           /s/ Alan Harris
Alan Harris
Abigail Treanor
*Attorneys for Plaintiff*

DATED:   November 2, 2007        EPSTEIN BECKER & GREEN, P.C.

           /s/ Matthew A. Goodin
Steven R. Blackburn
Matthew A. Goodin
*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.**

Dated: 11/9/07

The Honorable Jeremy Fogel
United States District Judge
Northern District of California

## **PROOF OF SERVICE**

I am an attorney for Plaintiff herein, over the age of eighteen years, and not a party to the within action. My business address is Harris & Ruble, 5455 Wilshire Boulevard, Suite 1800, Los Angeles, California 90036. On November 7, 2007, I served the within documents: **JOINT STIPULATION AND [PROPOSED] ORDER RE. FILING OF FIRST AMENDED COMPLAINT**

I served the above document(s) via United States District Court Electronic Filing Service as set for the below:

Steven R. Blackburn
Matthew A. Goodin
Epstein Becker & Green, P.C.
One California Street, 26th Floor
San Francisco, CA 94111-5427

I declare under penalty of perjury that the above is true and correct. Executed on November 7, 2007, at Los Angeles, California.

_____
Abigail Treanor