Clerk's Use Only

Initial for fee pd.:

Judy Scolnick
Scott+Scott LLP
29 West 57th Street, 15th Floor
New York, NY 10019
(212) 223-6444

Fee Paid

FILED

UNITED STATES DISTRICT COURT

2007 NOV 15  A 10: 40

NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Konstantinos Moshogiannis,

CASE NO. 5:07-cv-05128-CRB JF

Plaintiff(s),

v.

USProtect Corporation,

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Defendant(s).

Pursuant to Civil L.R. 11-3, Judy Scolnick, an active member in good standing of the bar of Massachusetts Supreme Court, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Konstantinos Moshogiannis in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Alan Harris, Harris & Ruble, 5455 Wilshire Blvd., Suite 1800, Los Angeles, CA 90036

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 2, 2007

*/s/ Judy Scolnick*