UNITED STATES DISTRICT COURT

Northern District of California

Konstantinos Moshogiannis,

CASE NO. 5:07-cv-05128-CRB-JF

Plaintiff(s),

v.

USProtect Corporation,

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Defendant(s).

Judy Scolnick, an active member in good standing of the bar of Massachusetts Supreme Court whose business address and telephone number (particular court to which applicant is admitted) is

One Pemberton Square, Suite 2500, Boston, MA 02108; (617) 557-1000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Konstantinos Moshogiannis,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 11-20-07

United States ~~Magistrate~~ District Judge