1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT

## Northern District of California

United States District Court
Northern District of California

| | |
|---|---|
| Moshogiannis, | 07-05128 JF |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| USProtect Corporation, | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-05128 JF                                    -1-

**United States District Court**
**Northern District of California**

1   450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

2   to an e-mail directed to adr@cand.uscourts.gov.

3

4       It is the responsibility of counsel to schedule an ADR Phone Conference, if

5   required, to occur <u>before</u> the Case Management Conference.

6

7

8   Dated: January 9, 2008

9                                                       RICHARD W. WIEKING
                                                        Clerk
10                                                      by:    Timothy J. Smagacz

11                                                      *Timothy Smagacz*

12                                                      _____
                                                        ADR Administrative Assistant
13                                                      415-522-4205
                                                        Tim_Smagacz@cand.uscourts.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice Re: Noncompliance With Court Order**
07-05128 JF                                    -2-

**PROOF OF SERVICE**

Case Name:        Moshogiannis v. USProtect Corporation

Case Number:      07-05128 JF

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On January 9, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Arthur L. Shingler III
> Scott + Scott, LLC
> 600 B Street
> Suite 1500
> San Diego, CA 92101
> ashingler@scott-scott.com
>
> Alan Harris
> Harris & Ruble
> 5455 Wilshire Boulevard, Suite 1800
> Los Angeles, CA 90036
>
> Abigail Ameri Treanor
> Harris & Ruble
> 5455 Wilshire Boulevard, Suite 1800
> Los Angeles, CA 90036
>
> Alan Dale Harris
> Harris & Ruble
> 5455 Wilshire Boulevard
> Suite 1800

Los Angeles, CA 90036
law@harrisandruble.com

Judy Scolnick
Scott and Scott LLP
29 West 57th Street, 15th Flr.
New York, NY 10019

Matthew A Goodin
Eptstein Becker & Green, P.C.
One California Street, 26th Floor
San Francisco, CA 94111-5427
mgoodin@ebglaw.com

Steven R. Blackburn
Epstein Becker & Green, P.C.
One California Street, 26th Floor
San Francisco, CA 94111-5427
sblackburn@ebglaw.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 9, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov