Case 5:07-cv-05128-JF    Document 19    Filed 01/24/2008    Page 1 of 1

Steven R. Blackburn, State Bar No. 154797
Matthew A. Goodin, State Bar No. 169674
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone: 415.398.3500
Facsimile: 415.398.0955
sblackburn@ebglaw.com
mgoodin@ebglaw.com

Attorneys for Defendant,
USPROTECT CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| KONSTANTINOS MOSHOGIANNIS,<br><br>    Plaintiff,<br><br>    v.<br><br>USPROTECT CORPORATION,<br><br>    Defendant. | CASE NO. C-07-5128 JF<br><br>**E-Filing**<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil Local Rule 3-16, the undersigned, counsel of record for USProtect Services Corporation certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1.    US Protect Services Corporation  (Parent Corporation)

DATED: January 24, 2008                   EPSTEIN BECKER & GREEN, P.C.

                                                              By:   /s/ Matthew A. Goodin
                                                                    Steven R. Blackburn
                                                                    Matthew A. Goodin
                                                                    USPROTECT CORPORATION
                                                                    Attorneys for Defendant

SF:150288v1                                            CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
                                                                                 Case No. C-07-5128 JF