1  Alan Harris (SBN 146079)
   Abigail Treanor (SBN 228610)
2  HARRIS & RUBLE
   5455 Wilshire Boulevard, Suite 1800
3  Los Angeles, CA 90036
   Tel: 323.931.3777
4  Fax: 323.931.3366
   E-mail: law@harrisandruble.com;
5  atreanor@harrisandruble.com

6  Arthur L. Shingler, III (SBN 181719)
   SCOTT + SCOTT, LLC
7  600 B Street, Suite 1500
   San Diego, CA 92101
8  Tel: 619.233.4565
   Fax: 619.233.0508
9  E-mail: ashingler@scott-scott.com

10 Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KONSTANTINOS MOSHOGIANNIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>USPROTECT CORPORATION, and DOE ONE through and including DOE ONE-HUNDRED,<br><br>Defendants. | Case No: C 07-5128 JF<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL 3-16**<br><br>**Assigned to the Honorable Jeremy Fogel, Room 2112** |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, association of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Alan Harris, Harris & Ruble, attorney for Plaintiff
2. Abigail Treanor, Harris & Ruble, attorney for Plaintiff
3. Arthur Shingler, Scott + Scott LLP, attorney for Plaintiff
4. Judy Scolnick, Scott + Scott LLP, attorney for Plaintiff
5. Hal Cunningham, Scott + Scott LLP, attorney for Plaintiff
6. Harris & Ruble, law firm representing Plaintiff
7. Scott + Scott LLP, law firm representing Plaintiff
8. Konstantinos Moshogiannis, Plaintiff
9. USProtect Corporation, Defendant
10. Scott Mersnick, named plaintiff in Mersnick v. USProtect Corporation, et al., Case No. 06-03993 RMW (PVT)
11. Michael D. Myers, FLSA-party plaintiff in Mersnick v. USProtect Corporation, et al., Case No. 06-03993 RMW (PVT)
12. Philip G. Spencer, FLSA-party plaintiff in Mersnick v. USProtect Corporation, et al., Case No. 06-03993 RMW (PVT)
13. Tracey D. Durbin, FLSA-party plaintiff in Mersnick v. USProtect Corporation, et al., Case No. 06-03993 RMW (PVT)
14. Troy C. Lawmaster, FLSA-party plaintiff in Mersnick v. USProtect Corporation, et al., Case No. 06-03993 RMW (PVT)
15. Jeremy Murphy, FLSA-party plaintiff in Mersnick v. USProtect Corporation, et al., Case No. 06-03993 RMW (PVT)

16. Robert H. LaGrone, Jr., FLSA-party plaintiff in <u>Mersnick v. USProtect Corporation, et al.</u>, Case No. 06-03993 RMW (PVT)

17. Trisha Jackson, FLSA-party plaintiff in <u>Mersnick v. USProtect Corporation, et al.</u>, Case No. 06-03993 RMW (PVT)

18. Tim Robertson, FLSA-party plaintiff in <u>Mersnick v. USProtect Corporation, et al.</u>, Case No. 06-03993 RMW (PVT)

DATED:   January 24, 2008            HARRIS & RUBLE:

      /s/ Abigail Treanor
Alan Harris
Abigail Treanor
*Attorneys for Plaintiff*