UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, Friday, January 25, 2008
**Case Number:** CV 07-5128 JF/HRL
**Courtroom Deputy Clerk:** Corinne Lew
**Court Reporter:** Summer Clanton

---

**TITLE:   KONSTANTINOS MOSHOGIANNIS ,  VS.  USPROTECT CORP.**

| PLAINTIFF | DEFENDANT |
|---|---|
| Konstantionos Moshogiannis | US Protect Corp. |

**Attorneys Present: Judy Scolnick (by telephone)**      **Attorneys Present: Matthew Goodin (by telephone)**
            **Abigail Treanor (by telephone)**                       **Steven R. Blackburn (by telephone)**

PROCEEDINGS: Case Management Conference

   Case management conference  held.  Parties are present by telephone.
   Further Case Management Conference is scheduled on 7/25/08 at 10:30 am.