**E-filed 2/25/08**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

KONSTANTINOS MOSHOGIANNIS,

    Plaintiff,

     v.

US PROTECT CORPORATION,

    Defendant.
_____

No. C-07-5128-JF

Clerks's Notice

To: All Counsel and Parties in the above named action.

The Court has rescheduled the Motion to Dismiss currently scheduled for March 7, 2008. The new hearing date is Friday, March 14, 2008 at 9:00 AM.   The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 2/25/08                        For the Court,
                                       Richard W. Wieking, Clerk

                                       Diana Munz
                                       electronic signature
                                       Courtroom Deputy