## UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, March 14, 2008
**Case Number:** CV-07-5128-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:          KONSTANTINOS MOSHOGIANNIS  V.  USPROTECT CORPORATION

                    PLAINTIFF                              DEFENDANT


Attorneys Present: Lisa Owens, Judy Scolnick     Attorneys Present: Matthew Goodin

---

PROCEEDINGS:
   Hearing on Motion to Dismiss held.  Parties are present.  The motion is taken under submission.