Steven R. Blackburn, State Bar No. 154797
Matthew A. Goodin, State Bar No. 169674
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone: 415.398.3500
Facsimile: 415.398.0955

SBlackburn@ebglaw.com
MGoodin@ebglaw.com

Attorneys for USProtect,
USPROTECT CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| KONSTANTINOS MOSHOGIANNIS, | CASE NO. C-07-5128 JF |
| Plaintiffs, | **E-Filing** |
| v. | **SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY** |
| USPROTECT CORPORATION | |
| Defendant. | |

COMES NOW the Defendant, by and through counsel, and states that on March 15, 2008 Defendant USProtect Corporation was the subject of an involuntary bankruptcy petition filed against it under chapter 7 of the Bankruptcy Code, title 11, U.S.C., §101, et. seq., in the United States Bankruptcy Court for the District of Maryland, Case No. 08-13637. As a result, all proceedings against Defendant herein are automatically stayed pursuant to 11 U.S.C. §362(a)(1).

DATED: March 19, 2008                    Respectfully submitted,

EPSTEIN BECKER & GREEN, P.C.

By: /s/ Matthew A. Goodin
        Steven R. Blackburn
        Matthew A. Goodin
        Attorneys for USProtect
        USPROTECT CORPORATION