\*\*E-Filed 9/30/08\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KONSTANTINOS MOSHOGIANNIS,<br><br>                Plaintiff,<br><br>    v.<br><br>USPROTECT CORPORATION,<br><br>                Defendant. | Case Number C 07-5128 JF (HRL)<br><br>ORDER VACATING DEFENDANT'S MOTION TO DISMISS WITHOUT PREJUDICE<br><br>[re docket no. 22 ] |

    On March 14, 2008, the Court heard argument with respect to the motion to dismiss brought by Defendant USProtect Corporation ("USProtect"). On March 19, 2008, USProtect filed notice that it was the subject of an involuntary bankruptcy petition and thus that this action was subject to an automatic stay under the Bankruptcy Code. There have been no further filings since that time. Accordingly, the Court HEREBY VACATES the pending motion to dismiss without prejudice to resubmission of the motion if and when USProtect notifies the Court that the automatic stay has been lifted.

    IT IS SO ORDERED.

DATED:  9/30/08

_____
JEREMY FOGEL
United States District Judge

Case No. C 07-5128 JF (HRL)
ORDER VACATING DEFENDANT'S MOTION TO DISMISS
(JFLC2)

1  Copies of Order served on:

2

3  Steven R. Blackburn sblackburn@ebglaw.com, dygarrett@ebglaw.com

4  Hal Davis Cunningham hcunningham@scott-scott.com

5  Matthew A Goodin mgoodin@ebglaw.com, bphillips@ebglaw.com

6  Alan Dale Harris law@harrisandruble.com, atreanor@harrisandruble.com,
7  dzelenski@harrisandruble.com

8  Judy Scolnick jscolnick@scott-scott.com

9  Arthur L. Shingler , III ashingler@scott-scott.com, ssawyer@scott-scott.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C 07-5128 JF (HRL)
ORDER VACATING DEFENDANT'S MOTION TO DISMISS
(JFLC2)