**E-Filed 3/18/2011**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| KONSTANTINOS MOSHOGIANNIS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>USPROTECT CORPORATION,<br><br>　　　　　　Defendant. | Case Number 5:07-cv-05128-JF<br><br>ORDER ADMINISTRATIVELY CLOSING ACTION IN LIGHT OF BANKRUPTCY STAY |

　　The instant case has been stayed for more than two years as a result of Defendant's bankruptcy. With the consent of the parties, the Court hereby administratively closes the action without prejudice to an application to reopen the case in the event that the bankruptcy stay is lifted.

　　IT IS SO ORDERED.

DATED: 3/18/2011

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　United States District Judge